No. 35. NATIONAL CITY BANK *v.* PHILIPPINE ISLANDS. Certiorari, 301 U. S. 677, to the Supreme Court of the Philippines. Argued November 16, 1937. Decided November 22, 1937. *Per Curiam:* The judgment of the Supreme Court of the Philippines is reversed and the judgment of the Court of First Instance of Manila, dated the 24th day of July 1934, is affirmed upon the authority of *First National Bank* v. *California,* 262 U. S. 366; *Domenech* v. *National City Bank,* 294 U. S. 199, 204, 205; and *Posadas* v. *National City Bank,* 296 U. S. 497, 499, 500. *Mr. Carl A. Mead* for petitioner. *Mr. Raymond A. Walsh,* with whom *Messrs. Harry B. Hawes* and *Bon Geaslin* were on the brief, for respondent.

No. 565. TOOLE *v.* MINERS SAVINGS BANK. Appeal from the Supreme Court of Pennsylvania. Decided November 22, 1937. *Per Curiam:* The appeal herein is dismissed for the want of a properly presented federal question. *Citizens' Savings Bank* v. *Owensboro,* 173 U. S. 636, 643; *Cleveland & Pittsburgh R. Co.* v. *Cleveland,* 235 U. S. 50, 53; *White River Co.* v. *Arkansas,* 279 U. S. 692, 700; *Collins* v. *Streitz,* 298 U. S. 640. *Mr. W. L. Pace* for appellant. No appearance for appellee. █